UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>THE NICHOLSON FAMILY PARTNERSHIP, et al.,<br><br>    Defendants. | Case No.18-cv-03717-VKD<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

Plaintiff Scott Johnson filed the present action on June 22, 2018. Dkt. No. 1. Pursuant to General Order No. 56, the parties' last day to conduct a joint site inspection was October 5, 2018, and Mr. Johnson's last day to file a notice of need for mediation was November 16, 2018. Dkt. No. 5. Mr. Johnson did not file a notice of need for mediation.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962). Mr. Johnson is directed to file a written response to this order by **November 27, 2018** and to appear before the Court on **December 4, 2018 at 10:00 a.m.** in Courtroom 2, Fifth Floor, 280 South First Street, San Jose, California 95113 and show cause why this action should not be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: November 19, 2018

VIRGINIA K. DEMARCHI
United States Magistrate Judge